IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER LLOYD PASKIEWICZ,<br><br>Defendant. | CR 21-76-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Probation (Doc. 37), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. PETER PASKIEWICZ's probation is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 7th day of November, 2020.

SUSAN P. WATTERS
United States District Judge